■ In the Matter of MICHELLE K. RUSIECKI, Appellant, v AARON J. MARSHALL, Respondent. (Appeal No. 2.) [46 NYS3d 454]—Appeal from an order of the Family Court, Erie County (Mary G. Carney, J.), entered August 18, 2015 in a proceeding pursuant to Family Court Act article 6. The order granted the motion of respondent to dismiss the petition.

It is hereby ordered that said appeal is unanimously

dismissed without costs (*see generally Matter of Chendo O.*, 175 AD2d 635, 635 [1991]). Present—Carni, J.P., Lindley, DeJoseph, Curran and Troutman, JJ.